# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

CHRISTOPHER BRYAN STEWART,

    Plaintiff,

v.

EDWINA JOHNSON, ELIZABETH BOWLES, TOM GRAMIAK, CAPTAIN ADAMS, LT. BURSE, LT. BAGLEY, SGT. PAYNE, and TIFFANY LEE,

    Defendants.

CV 5:18-037

## ORDER

The Court recently granted in part and denied in part Defendants' motion for summary judgment. Dkt. No. 63. This case is now ready for trial. The Parties are **ORDERED** to file a proposed pretrial order by November 16, 2020. The Court will hold a pretrial conference on November 30, 2020 at 10 o'clock a.m. and a jury trial on February 23, 2021 at 9 o'clock a.m. in the federal courthouse located at 601 Tebeau Street, Waycross, Georgia 31501.

**SO ORDERED**, this 20 day of October, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA