# In the United States District Court for the Southern District of Georgia Waycross Division

CHRISTOPHER BRYAN STEWART,

    Plaintiff,

v.

EDWINA JOHNSON, ELIZABETH BOWLES, TOM GRAMIAK, CAPTAIN ADAMS, LT. BURSE, LT. BAGLEY, SGT. PAYNE, and TIFFANY LEE,

    Defendants.

CV 5:18-037

## ORDER

The trial in this matter currently scheduled to begin September 28, 2021 is hereby continued to November 2, 2021 at 9 o'clock a.m. in the third-floor courtroom of the federal courthouse in Waycross, Georgia. The Clerk is **DIRECTED** to administratively stay this case until further Order of the Court.

**SO ORDERED**, this 14 day of September, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA